**AEE**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 119**

In the Matter of                                              Case Number:

GREGORIO MURILLO,               v.

BECKY CHOI, individually, PAUL WANG, individually, and
KO CHEE JIP RESTAURANT, INC.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The plaintiff, GREGORIO MURILLO.

| NAME (Type or print) |
| --- |
| Roy P. Amatore |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Roy P. Amatore |
| FIRM |
| Amatore & Associates, P.C. |
| STREET ADDRESS |
| 120 S. State St., Ste. 400 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206498 | 312-236-9825 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐