

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois
Easter Division

Greorio Murillo, on behalf of himself
and all other employees similarly situated,
known and unknown

v.

Becky Choi, individually, and Ko Chee Jip
restaurant

Plaintiff,

Defendant.

Case No.: 08-C-119
Honorable Judge Gottschall

**F I L E D**

MAR X 3 2008 PH
Mar 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

TO: Amatore & Associates, P.C.
120 S. State #400
Chicago IL 60603

PLEASE TAKE NOTICE that on Monday, March 03, 2008 at 3:00 P.M., or as soon thereafter as counsel may be heard, we shall appear before the Judge Gottschall, or any judge sitting in his stead, in the courtroom usually occupied by him located in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then there present a **Motion for Extension of Time to Answer or Otherwise Plead**,

Wherefore, Defendant Becky Choi, respectfully requests that the Court grant Defendant an additional thirty (30) days, up to and including April 02, 2008 to file its answer or other responsive pleading to the Complaints.

Respectfully submitted,

_____
By: Becky Choi, individually, and Ko Chee Jip

Becky Choi
9098 Golf rd.
Niles, IL. 60714
(847)-759-8880