IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>Plaintiffs,<br>v.<br><br>**BECKY CHOI**, individually**, PAUL WANG**, individually, and **KO CHEE JIP RESTAURANT, INC.**, an Illinois corporation,<br><br>Defendants. | No. 08 CV 119<br>Hon. Joan B. Gottschall |

### NOTICE OF DISMISSAL OF DEFENDANTS
### PAUL WANG AND KO CHEE JIP RESTAURANT, INC.

NOW COMES, the plaintiff, **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown, by and through his attorneys of record, and pursuant to FRCP 41(a)(i) states as follows:

1. No defendant has yet filed an answer or motion for summary judgment.

2. During the course of investigating the plaintiff's claims, the undersigned discovered that the plaintiff may have sued the defendants, **PAUL WANG**, and **KO CHEE JIP RESTAURANT, INC.**, in error.

3. Specifically, in reliance upon statements made by **PAUL WANG** – which were corroborated in part by the plaintiff – the undersigned now believes that the correct parties in interest are Jong K. Bang, and Kochijip, Inc.

4. The plaintiff intends to amend his complaint in order to correctly name the parties in interest.

5.   The plaintiff reserves the right to join **PAUL WANG** and **KO CHEE JIP RESTAURANT, INC.** once again as defendants if the statements made by Paul Wang prove to be incorrect.

WHEREFORE the plaintiff, **GREGORIO MURILLO**, hereby dismisses the defendants, **PAUL WANG**, and **KO CHEE JIP RESTAURANT, INC.**, from the captioned case without prejudice pursuant to FRCP 41(a)(1)(i).

    Respectfully submitted,

    /s/ Paul Luka
    PAUL LUKA  ARDC #6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)