IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>    Plaintiffs,<br> v.<br><br>**BECKY CHOI**, individually**, PAUL WANG**, individually, and **KO CHEE JIP RESTAURANT, INC.**, an Illinois corporation,<br><br>    Defendants. | No. 08 CV 119<br>Hon. Joan B. Gottschall |

### NOTICE OF FILING

TO: Becky Choi       Paul Wang
   9098 Golf Road      8300 Callie, Unit 410
   Niles, IL 60714      Morton Grove, IL 60053

 PLEASE TAKE NOTICE that on March 10, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following attached documents: **Notice of Dismissal of Defendants Paul Wang and Ko Chee Jip Restaurant, Inc.**

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 10, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing the same to be deposited in the United States Mail at Chicago, Illinois, with sufficient postage paid.

                _____
                Paul Luka

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel
312.236.9826 fax