IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown, | Civil Action |
| Plaintiffs, | |
| v. | No. 08 CV 119 |
| | Hon. Joan B. Gottschall |
| **BECKY CHOI**, individually**, JONG K. BANG**, individually, and **KOCHIJIP, INC.**, an Illinois corporation, | |
| Defendants. | JURY DEMAND |

## NOTICE OF FILING

TO:   Becky Choi
      9098 Golf Road
      Niles, IL 60714

   PLEASE TAKE NOTICE that on March 10, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following attached documents: **Amended Complaint.**

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 10, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing the same to be deposited in the United States Mail at Chicago, Illinois, with sufficient postage paid.

_____
Paul Luka

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel
312.236.9826 fax