UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORIO MURILLO, ON BEHALF OF HIMSELF AND ALL OTHER EMPLOYEES SIMILARILY SITUATED, KNOWN AND UNKNOWN<br><br>PLAINTIFF(S)<br><br>vs.<br><br>BECKY CHOI, INDIVIDUALLY, JONG K. BANG, INDIVIDUALLY, AND KOCHIJIP, INC.<br><br>DEFENDANT(S) | Case No.<br>08 CV 119<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & AMENDED COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 12, 2008, at 12:00 PM, I served the above described documents upon JONG K. BANG as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, JONG BANG.

Said service was effected at 773 MILWAUKEE AVE, GLENVIEW, IL 60025.

**DESCRIPTION:** Gender: M   Race: ASIAN   Age: 63   Hgt: 5'8"   Wgt: 150   Hair: BLACK   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

Ryan Flaska, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of March, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

_____
NOTARY PUBLIC


| CLIENT NAME: | ORIGINAL PROOF OF | TRACKING # |
|---|---|---|
| Amatore & Associates, P.C.* | SERVICE | 37061 |
| **FILE #:** | | |