1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MURILLO, on behalf of himself and all other employees similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-CV-119 |
| BECKY CHOI, individually, JONG K. BANG, individually, and KOCHIJIP, INC., an Illinois corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## ANSWER

Defendants, Kochijip Inc. and Jong K. Bang, in answer and defense to the Amended Complaint herein against it, states as follows:

1. Defendants admit that, in Paragraph 1 of the Complaint, plaintiff seeks to invoke the jurisdiction of the court; however, defendants deny that it has committed any unlawful act or violated any statute as alleged in the Complaint.

2. Defendants admit that, in Paragraph 2 of the Complaint, plaintiff seeks to invoke the jurisdiction of the court; however, defendant denies that it has committed any unlawful act or violated any statute as alleged in the Complaint..

3. Defendants deny the averments contained Paragraph 3.

4. Defendants deny the averments contained Paragraph 4.

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 5.

6. Defendants lack knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6.

7. Defendants admit the averments contained in Paragraph 7.

8. Defendants admit the averments contained in Paragraph 8.

9. Defendants admit that, in Paragraph 9 of the Complaint, plaintiff seeks to invoke the jurisdiction of the court; however, defendants deny that it has committed any unlawful act or violated any statute as alleged in the Complaint.

10. Defendants admit that, in Paragraph 10 of the Complaint, plaintiff seeks to invoke the jurisdiction of the court; however, defendants deny that it has committed any unlawful act or violated any statute as alleged in the Complaint.

11. Defendants admit that, in Paragraph 11 of the Complaint, plaintiff seeks to invoke the venue of the court; however, defendants deny that it has committed any unlawful act or violated any statute as alleged in the Complaint.

12. Defendants admit that, in Paragraph 12 of the Complaint, plaintiff seeks to invoke the venue of the court; however, defendants deny that it has committed any unlawful act or violated any statute as alleged in the Complaint.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 13.

14. Defendants admit the averments contained in Paragraph 14 of the Complaint.

15. Defendants lack knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 15.

16. Defendants admit the averments contained in Paragraph 16 of the Complaint.

17. Defendants lack knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 17.

18. Defendants admit the averments contained in Paragraph 18 of the Complaint.

19. Defendants admit the averments contained in Paragraph 19 of the Complaint.

20. Defendants admit the averments contained in Paragraph 20 of the Complaint.

21. Paragraph 21 states a legal conclusion which requires no answer.

22. Paragraph 22 states a legal conclusion which requires no answer.

23. Paragraph 23 states a legal conclusion which requires no answer.

24. Defendants admit that plaintiff was last employed by the defendants on or about July 2007.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 24.

25. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 25.

26. Paragraph 26 states a legal conclusion which requires no answer.

27. Defendants deny the averments contained in Paragraph 27 of the Complaint.

28. Defendants re-state the foregoing answers.

29(i-ii). Defendants deny the averments contained in Paragraph 29 of the Complaint.

30. Defendants deny the averments contained in Paragraph 30 of the Complaint.

Wherefore, having fully answered, defendant requests that judgement be entered in its favor and for its reasonable attorney's fees and costs.

31. Defendants re-state the foregoing answers.

32(i-ii). Defendants deny the averments contained in Paragraph 32 of the Complaint.

33. Defendants deny the averments contained in Paragraph 33 of the Complaint.

Wherefore, having fully answered, defendant requests that judgement be entered in its favor and for its reasonable attorney's fees and costs.

34. Defendants re-state the foregoing answers.

35(i-iv). Defendants deny the averments contained in Paragraph 35 of the Complaint.

36. Any averment of the Complaint not previously admitted is denied.

Wherefore, having fully answered, defendant requests that judgement be entered in its favor and for its reasonable attorney's fees and costs.

Respectfully submitted,

_____
Michael J. Shim, #
810 Lewisburg Ln.
Aurora, IL 60504
(630) 898-7032

Counsel for Defendants
Jong K. Bang and Kochijip,Inc.