IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>Plaintiffs,<br>v.<br><br>**BECKY CHOI**, individually**, JONG K. BANG**, individually, and **KOCHIJIP, INC.**, an Illinois corporation,<br><br>Defendants. | No. 08 CV 119<br>Hon. Joan B. Gottschall |

**MOTION TO RE-SET STATUS HEARING**

NOW COMES, the plaintiff, **GREGORIO MURILLO**, by and through his attorneys of record, and respectfully requests that this Court re-set the status hearing currently set for May 7, 2008. In support thereof the plaintiff states as follows:

1. The plaintiff's attorneys are currently scheduled to try the case entitled *Paun v. Kramp, et al.*, case number 06 L 5653, in the Circuit Court of Cook County, Law Division, from May 5, 2008, through May 9, 2008.

2. If the indicated trial proceeds as scheduled, the plaintiff's attorneys would be unable to appear at the trial and before this Court at the same time.

3. The undersigned attorney spoke with Michael Shim, attorney for the defendants, **JONG K. BANG**, and **KOCHIJIP, INC.**, and Shim indicated that these defendants do not oppose the instant motion. The undersigned and Shim's calendars are both currently open on April 30, 2008, and May 21, 2008, at 9:30 a.m.

4. The undersigned attempted to contact the pro se defendant, Becky Choi, by telephone numerous times regarding this motion but was unable to do so.

5.	Given that the undersigned was and is unable to contact Becky Choi by telephone, he feels it would be prudent to re-set the hearing for May 21, 2008, so that Choi will have ample time to receive notice and adjust her schedule.

6.	The undersigned has hearings in two other cases – before Judge St. Eve at 8:30 a.m. and before Judge Dow at 9:00 a.m. – on May 21, 2008.

WHEREFORE the plaintiff, **GREGORIO MURILLO**, prays that this Court will re-set the status hearing currently set for May 7, 2008, to the end of the 9:30 a.m. call on May 21, 2008, or to another date that would be convenient for the Court.

Respectfully submitted,

/s/ Paul Luka  
PAUL LUKA  ARDC #6288860

Roy P. Amatore, Esq.  
Paul Luka, Esq.  
AMATORE & ASSOCIATES, P.C.  
120 S. State Street · Suite 400  
Chicago, IL 60603  
312.236.9825 (tel.)  
312.236.9826 (fax)