IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORIO MURILLO**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>**BECKY CHOI**, individually**, JONG K. BANG**, individually, and **KOCHIJIP, INC.**, an Illinois corporation,<br><br>　　　　　　　Defendants. | No. 08 CV 119<br>Hon. Joan B. Gottschall |

## NOTICE OF MOTION

TO:　Becky Choi　　　　　　　　　　　　Michael Shim, Esq.
　　　9098 Golf Road　　　　　　　　　　810 Lewisburg Lane
　　　Niles, IL 60714　　　　　　　　　　Aurora, IL 60504
　　　(via U.S. Mail)　　　　　　　　　　(electronically)

　　On **Thursday, April 24, 2008,** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Judge Gottschall in Courtroom 2325 at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion: **Motion to Re-Set Status Hearing**.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 16, 2008, (s)he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be deposited in the United States Mail at Chicago, Illinois, with sufficient postage paid; and by causing them to be issued through the Court's Electronic Case Filing System in accord with FRCP 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

　　　　　　　　　　　　　　　　　　　　　　　s/ Paul Luka_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL LUKA ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)