**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORIO MURILLO, on behalf of | ) | Civil Action |
| himself and all other employees similarly | ) | |
| situated, known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 CV 119 |
| vs. | ) | Honorable Joan B. Gottschall |
| | ) | |
| BECKY CHOI, individually, JOHN K. | ) | |
| BANG, individually, and KOCHIJIP, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

**TO**:    Roy P. Amatore                Michael J. Shim
Paul Luka                          810 Lewisburg Lane
Amatore & Associates, P.C.         Aurora, IL  60504
120 South State, Suite 400
Chicago, IL  60603

    **PLEASE TAKE NOTICE** that on May 21, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, judge of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by her, in the Everett McKinley Dirksen Building, Courtroom 2325, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court **Defendant Becky Choi's Motion to Dismiss the Amended Complaint,** a copy of which is herewith served upon you.

        Respectfully submitted,


        /s// Peter J. Miller
        Peter J. Miller


Peter J. Miller
**GORDON & RAPPOLD, LLC**
20 South Clark Street, Suite 2600
Chicago, IL 60603
312-332-5200

**PROOF OF SERVICE**

The undersigned, being first duly sworn on oath, states pursuant to Local Rule 12(e) that copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served; that the undersigned served the above and foregoing document upon all persons entitled to notice in this cause by electronic means to each and all of the following:

Roy P. Amatore                              Michael J. Shim
Paul Luka                                   810 Lewisburg Lane
Amatore & Associates, P.C.                  Aurora, IL  60504
120 South State, Suite 400
Chicago, IL  60603

on May 12, 2008.  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on the date stated immediately above.

_____/s//  Peter J. Miller_____