IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MURILLO, on behalf of himself and all other employees similarly situated, known and unknown, | ) ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No. 08 CV 119 |
| vs. | ) ) | Honorable Joan B. Gottschall |
| BECKY CHOI, individually, JOHN K. BANG, individually, and KOCHIJIP, INC., an Illinois corporation, | ) ) ) ) | |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

**TO**:  Roy P. Amatore                                Michael J. Shim
            Paul Luka                                          810 Lewisburg Lane
            Amatore & Associates, P.C.              Aurora, IL  60504
            120 South State, Suite 400
            Chicago, IL  60603

**PLEASE TAKE NOTICE** that on May 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, judge of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by her, in the Everett McKinley Dirksen Building, Courtroom 2325, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court **Defendant Becky Choi's Motion to Dismiss the Amended Complaint,** a copy of which is herewith served upon you.

Respectfully submitted,

/s// Peter J. Miller_____
Peter J. Miller

Peter J. Miller
**GORDON & RAPPOLD, LLC**
20 South Clark Street, Suite 2600
Chicago, IL 60603
312-332-5200

1

## PROOF OF SERVICE

      The undersigned, being first duly sworn on oath, states pursuant to Local Rule 12(e) that copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served; that the undersigned served the above and foregoing document upon all persons entitled to notice in this cause by electronic means to each and all of the following:

| | |
|---|---|
| Roy P. Amatore | Michael J. Shim |
| Paul Luka | 810 Lewisburg Lane |
| Amatore & Associates, P.C. | Aurora, IL  60504 |
| 120 South State, Suite 400 | |
| Chicago, IL  60603 | |

on May 20, 2008.  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on the date stated immediately above.

                                                _____/s//  Peter J. Miller_____