## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gregorio Murillo

                Plaintiff,

v.                                   Case No.: 1:08–cv–00119
                                             Honorable Joan B. Gottschall

Becky Choi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:MOTION by Defendant Becky Choi to dismiss Amended Complaint [30] is withdrawn without prejudice by request of movant via telephone. No appearance is required on 6/12/2008. This case is referred to Magistrate Judge Cox for settlement conference by request of the parties via telephone. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.