UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gregorio Murillo
                Plaintiff,

v.                                                              Case No.: 1:08−cv−00119
                                                           Honorable Joan B. Gottschall

Becky Choi, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(rj, )Mailed notice.

Dated: June 5, 2008

                                                                         /s/ Joan B. Gottschall

                                                                    United States District Judge