# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gregorio Murillo

                        Plaintiff,

v.

                                Case No.: 1:08−cv−00119
                                Honorable Joan B. Gottschall

Becky Choi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Settlement Conference set for 8/11/08 at 1:30 p.m. The parties are directed to review and to comply with Judge Cox's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Plaintiff's counsel shall deliver or fax copies of their most recent settlement demands and offers at least (5) business days before the conference. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.